PELICAN BAY ST... ...ON
SECURITY H... ...
UNIT 1

**FILED**

JUN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAHSAAN COLEMAN, Plaintiff,

vs.

Robert A. Horel, Warden, Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED PJH
IN FORMA PAUPERIS
(PR)

I, RAHSAAN COLEMAN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PELICAN BAY PRISON
SECURITY UNIT

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ROUND TABLE PIZZA - LAKESHORE, OAKLAND, CALIF.
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or              Yes ___ No ✓
10            self employment
11      b.    Income from stocks, bonds,           Yes ___ No ✓
12            or royalties?
13      c.    Rent payments?                       Yes ___ No ✓
14      d.    Pensions, annuities, or              Yes ___ No ✓
15            life insurance payments?
16      e.    Federal or State welfare payments,   Yes ___ No ✓
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                         Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support: $ _____

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?        Yes ___  No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?                    Yes ___  No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No ✓
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____              $ _____              $ _____
27 _____              $ _____              $ _____
28 _____              $ _____              $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

PELICAN BAY STATE PRISON
SECURITY HOUSING
UNIT D-7

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

No!

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-28-08                                  Mr. Rahsaan Coleman
   DATE                                 SIGNATURE OF APPLICANT

Re-submitted
June 16th 2008  R.C.

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Rahsaan Coleman  J24836</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>1.88</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>1.88</u>.          (20%= $0.38)

Dated: 6/4/08                              _____
                                           Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6-4-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 04, 2008

 ACCOUNT NUMBER : J24836                    BED/CELL NUMBER: DF07L 000000101L
 ACCOUNT NAME   : COLEMAN, RAHSAAN          ACCOUNT TYPE: I
 PRIVILEGE GROUP: D

                               TRUST ACCOUNT ACTIVITY

         TRAN
 DATE    CODE   DESCRIPTION        COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
 -----   ----   ---------------    ---------  ---------   --------   -----------   -------

 12/01/2007    BEGINNING BALANCE                                                      0.00

        ACTIVITY FOR 2008
 05/16*DD30  CASH DEPOSIT    4999 #222              11.25                            11.25
 05/20 W512  LEGAL POSTAGE   5042                               5.05                  6.20
 05/20 W512  LEGAL POSTAGE   5042                               5.05                  1.15
 05/23 W516  LEGAL COPY CH   5108                               1.15                  0.00
 06/02*DD30  CASH DEPOSIT    5194 #230              11.25                            11.25


                         * RESTITUTION ACCOUNT ACTIVITY

 DATE SENTENCED: 12/17/99                   CASE NUMBER: *9801408
 COUNTY CODE:    *CC                        FINE AMOUNT: $    3,000.00

     DATE      TRANS.    DESCRIPTION                     TRANS. AMT.    BALANCE
     ----      ------    -----------                     -----------    -------

 12/01/2007   BEGINNING BALANCE                                         2,945.00

 05/16/08     DR30     REST DED-CASH DEPOSIT              12.50-        2,932.50
 06/02/08     DR30     REST DED-CASH DEPOSIT              12.50-        2,920.00

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                               TRUST ACCOUNT SUMMARY

  BEGINNING     TOTAL        TOTAL          CURRENT       HOLDS         TRANSACTIONS
  BALANCE       DEPOSITS     WITHDRAWALS    BALANCE       BALANCE       TO BE POSTED
  ---------     --------     -----------    -------       -------       ------------

     0.00         22.50          11.25        11.25          0.00           0.00


                                                           CURRENT
                                                          AVAILABLE
                                                           BALANCE
                                                          ---------
                                                            11.25
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 6-4-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

R. RAHSAAN COLEMAN J24836
P.O. BOX 7500 PBSP-SHU D7-101
CRESCENT CITY, CA. 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES