United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAHSAAN COLEMAN,

        Petitioner,

vs.

ROBERT A. HOREL,

        Respondent.

No. C 08-2567 PJH (PR)

**ORDER OF DISMISSAL**

This case was opened when petitioner filed a "Petition to Vacate Stay of Proceedings and Motion for Review and Evidentiary Hearing." It did not carry a case number, so it was treated as an attempt to open a new habeas case. From the contents of the filing, however, it is evident that it was intended for case number C 04-4069 PJH (PR), which on June 25, 2007, was stayed to allow petitioner to exhaust certain of his issues. This case is **DISMISSED** as opened in error. No fee is due. The clerk shall docket an electronic copy of the motion (document number 1) in C 04-4069 PJH (PR).

**IT IS SO ORDERED.**

Dated: July 14, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.08\COLEMAN2567.DSM.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAHSAAN COLEMAN,

        Plaintiff,

  v.

ROBERT A. HOREL et al,

        Defendant.

Case Number: CV08-02567 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rahsaan Coleman
Pelican Bay State Prison
Prisoner No. J-24836
D7 101
P.O. Box 7500
Crescent City, CA 95532

Dated: July 15, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk