UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAHSAAN COLEMAN,

    Petitioner,

vs.

JOE McGRATH, Warden,

    Respondent.

No. C 08-2567 PJH (PR)

**JUDGMENT**

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against petitioner and in favor of respondents. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: July 14, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.08\COLEMAN2567.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAHSAAN COLEMAN,

        Plaintiff,

  v.

ROBERT A. HOREL et al,

        Defendant.

                                              /

Case Number: CV08-02567 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rahsaan Coleman
Pelican Bay State Prison
Prisoner No. J-24836
D7 101
P.O. Box 7500
Crescent City, CA 95532

Dated: July 15, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk